IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

BERNARD JONES                                                                                          PLAINTIFF

VS.                                    Civil No. 4:07-CV-4007

CHRIS THOMASON, Prosecutor;
CAPTAIN LOUISE PHILLIPS,
Jail Administrator; RANDY WRIGHT,
Prosecutor; and DUNCAN CULPEPPER,
Judge                                                                                                DEFENDANTS

## ORDER

Now on this 18th day of April, 2007, comes on for consideration the proposed findings and recommendations filed herein on March 12, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that all Jones' claims against Judge Duncan Culpepper, Chris Thomason and Randy Wright should be and are hereby dismissed on the grounds these individuals are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

                                        /s/ *Harry F. Barnes*
                                        **HARRY F. BARNES**
                                        **U.S. DISTRICT JUDGE**